No. 1301, Misc. PAGANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 1459, Misc. BONTON v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Sacramento. Certiorari denied. *S. Carter McMorris* for petitioner.

No. 1467, Misc. DEVINE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1509, Misc. WILSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *William E. Hellerstein* and *Phylis Skloot Bamberger* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1522, Misc. WINKLE v. KROPP, WARDEN. C. A. 6th Cir. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondent.

No. 1536, Misc. JOHNSON v. INSURANCE DEPARTMENT OF PENNSYLVANIA ET AL. Sup. Ct. Pa. Certiorari denied. *Edward O. Spotts* for petitioner. *William C. Sennett,* Attorney General of Pennsylvania, *Charles D. Cowley,* Assistant Attorney General, and *Frederic G. Antoun,* Deputy Attorney General, for respondents. *John P. Walsh* for Insurance Rating Board, intervenor below, in opposition.